IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANGBU SHERPA,

    Plaintiff,

v.

MICHAEL MUKASEY, et al.

    Defendants.

No. C 08-02812 JSW

**ORDER TO SHOW CAUSE**

On June 5, 2008, Plaintiff filed a Complaint for Writ of Mandamus, pursuant to 28 U.S.C. § 1361. Accordingly, Defendants are HEREBY ORDERED to show cause why the writ should not be granted.

Defendants' response shall be due on August 8, 2008. Plaintiff's reply shall be due on August 15, 2008. The Court shall set this matter down for hearing on August 29, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE