1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   JANGBU SHERPA,

10          Plaintiff,                          No. C 08-02812 JSW

11      v.                                      **ORDER VACATING ORDER TO**
                                                **SHOW CAUSE AND DIRECTING**
12   MICHAEL MUKASEY, et al.                    **PARTIES TO COMPLY WITH**
                                                **GENERAL ORDER NO. 61**
13          Defendants.

14   _____/

15          On June 5, 2008, Plaintiff filed a Complaint for Writ of Mandamus, pursuant to 28

16   U.S.C. § 1361.  On June 10, 2008, the Court issued an Order to Show Cause directing

17   Defendants to show cause why the writ should not be granted, set a briefing schedule, and set

18   the matter down for a hearing on August 29, 2008.

19          The Court HEREBY ORDERS that the Order to Show Cause, the briefing schedule set

20   forth therein, and the hearing on August 29, 2008 are VACATED.  The parties shall comply

21   with the provisions of the United States District Court General Order NO. 61, Immigration

22   Mandamus Cases, adopted on June 17, 2008.  A copy of General Order NO. 61 is available on

23   the Court's website.

24          **IT IS SO ORDERED.**

25   Dated: June 19, 2008

26                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

27

28

*United States District Court*
For the Northern District of California